ATTORNEY GRIEVANCE COMMISSION   *    IN THE
OF MARYLAND                               *

                                       *    COURT OF APPEALS

                                       *

                                       *    OF MARYLAND

       *Petitioner*               *    Misc. Docket AG

v.                                    *

                                       *    No. 35

TAKISHA BROWN,                    *

a/k/a TAKISHA VERA BROWN      *    September Term, 2015

                                       *

       *Respondent*              *

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This matter, having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action and request for interim suspension pursuant to Maryland Rule 16-773(d), with attached true test copy of the Opinion of the District of Columbia Court of Appeals disbarring Respondent dated April 2, 2015, and it appearing that Takisha Brown (a/k/a/ Takisha Vera Brown), is also a member of the Bar of this Court; it is this 31st day of August , 2015,

ORDERED by the Court of Appeals of Maryland that Respondent, Takisha Brown (a/k/a/ Takisha Vera Brown), be, and she is hereby, indefinitely suspended, effective immediately, from the further practice of law in the State of Maryland, pending further order of this Court, pursuant to Maryland Rule 16-773(d); and it is further,

ORDERED that the Clerk of this Court shall strike the name Takisha Brown (a/k/a/ Takisha Vera Brown) from the register of attorneys, and pursuant to Maryland Rule 16-760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State.

                                             __/s/ Lynne A. Battaglia____
                                           Senior Judge